Eric J. Farber (SBN: 169472)
efarber@pinnaclelawgroup.com
Kevin F. Rooney (SBN: 184096)
krooney@pinnaclelawgroup.com
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiff:
Amaru Entertainment, Inc.

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Santa Ana Division

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN WHITE, RONALD WATKINGS, and SAMMIE WILLIAMS, as individuals and collectively known as OPERATION FROM THE BOTTOM, aka O.F.T.B.; Does 1 to 10,<br><br>Defendants. | **CASE NO.  SACV 07-0737-AG(SSx)**<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>**BEFORE THE HONORABLE ANDREW J. GUILFORD** |

After consideration of Plaintiff Amaru Entertainment, Inc.'s Request for Dismissal with Prejudice, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), and finding good cause therefor,

/ / /

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

1  IT IS HEREBY ORDERED that:

2  1.      This entire action is dismissed with prejudice.

3
   DATED:  April 29, 2008

4
                                                _____
5                                               Honorable Andrew J. Guilford

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amaru v. White, et al.                          2                Order re Dismissal
Case Number:  SACV07-0737-AG (SSx)                               With Prejudice
Central District of California

1

## COURT SERVICE LIST

2

3  Mr. Ronald Watkins
   16531 Alliance Avenue, Apt. 1
4  Tustin, California 92780

5  CM/ECF User:
   Eric J. Farber
6  Pinnacle Law Group LLP
   425 California Street, #1800
7  San Francisco, CA 94104
   e-mail: efarber@pinnaclelawgroup.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Amaru v. White, et al.                                    3                    Order re Dismissal
Case Number:  SACV07-0737-AG (SSx)                                             With Prejudice
Central District of California